ADOLPHUS SMITH, Respondent, v. ROSOFF SUBWAY CONSTRUCTION COMPANY, Appellant.— Order, so far as appealed from, denying defendant's motion for a bill of particulars, unanimously modified by granting the motion as to items 7-a, b and c; 8-a to o, inclusive; 9-a and 9-b; 10-a to e, inclusive, of the notice of motion, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. Verified bill of particulars to be served within twenty days after service of order. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

EMILIO DI BIANCO, Appellant, v. MARCUS GOODBODY and Others, Respondents. — Order granting leave to the defendants to serve an amended answer unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

SYLVIA KAUFMAN and SAMUEL KAUFMAN v. MADISON SQUARE GARDEN CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JAMES LOWE against JOHN C. CLARK and Others. NATHAN H. HERZBERGER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of JOHN T. MULLANE against JOHN McKENZIE, Commissioner of Docks of the City of New York, and THE CITY OF NEW YORK. WILLIAM A. CARROLL.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of WILLIAM A. CARROLL against JOHN McKENZIE, Commissioner of Docks of the City of New York, and THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

GERTRUDE BEIDER, an Infant, etc., by Her Guardian ad Litem, SOPHIE BEIDER, and HYMAN BEIDER v. UNION OF AMERICAN HEBREW CONGREGATIONS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — McAvoy, O'Malley, Townley and Untermyer, JJ.

JOSEPH MILNER COMPANY, INC., a Domestic Corporation, v. FIRST NATIONAL BANK AND TRUST COMPANY OF MANHASSET and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of DEL BALSO HOLDING CORPORATION against JOHN McKENZIE, as Commissioner of Docks of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

HOLLY HOLDING CORPORATION v. PAUL MOSS, as Commissioner of Licenses of the City of New York.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 57.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

TENIE LEVY and Another, as Executrices, etc., of SAMUEL L. LEVY, Deceased, v. NEW YORK LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.